UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TEXAS EASTERN TRANSMISSION, LP,**

    **Plaintiff,**

    v.

**LANA J. BARACK, et al.,**

    **Defendants.**

Case No. 2:14-cv-336
JUDGE GREGORY L. FROST
Magistrate Judge Norah McCann King

### ORDER

This matter is before the Court for consideration of the Magistrate Judge's June 9, 2014 Order and Report and Recommendation. (ECF No. 12.) In that filing, the Magistrate Judge recognized that Defendants have apparently abandoned the defense of this litigation and have failed to comply with a show cause order. The Magistrate Judge therefore recommended that the Clerk enter the fact of Defendants' default and directed Plaintiff to file a motion for default judgment that is supported by appropriate evidentiary materials. The Order and Report and Recommendation advised the parties that the failure to object within fourteen days would "result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*." (*Id.* at Page ID # 279.)

The Court has reviewed the Order and Report and Recommendation. Noting that no objections have been filed, that the time for filing objections has expired, and that the Magistrate Judge's reasoning is correct, the Court **ADOPTS** the Order and Report and Recommendation,

1

**DIRECTS** the Clerk to file an entry of default for Defendants, and **ORDERS** Plaintiff to file an appropriately supported motion for default judgment on or before July 9, 2014.

    **IT IS SO ORDERED**.

                                                  /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE